# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00112-CV

**Dr. James Jones, Appellant**

**v.**

**Angelo State University, Appellee**

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT
NO. C-110272-C, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due June 6, 2014. On counsel's motion, the time for filing was extended to July 9, 2014. Appellant's counsel has now filed a second motion requesting that the Court extend the time for filing appellant's brief an additional sixty days. We grant the motion for extension of time and order appellant to file a brief no later than September 8, 2014. No further extension of time will be granted and failure to comply with this order may result in the dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on July 3, 2014.

Before Justices Puryear, Pemberton, and Field